United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   EVA MARIE SANTOS,
                                         Case No.  20-cv-06707-PJH
8              Plaintiff,

9        v.                              **ORDER GRANTING WITHDRAWAL
                                         OF KRISTINA B. PETT AS COUNSEL
10  MINNESOTA LIFE INSURANCE             OF RECORD**
    COMPANY,
11                                       Re: Dkt. No. 44
               Defendant.
12

13

14         The court is in receipt of the motion for withdrawal of Kristina B. Pett as counsel for

15  defendant Minnesota Life Insurance Company.  As the motion is unopposed, the court

16  GRANTS the motion.  Minnesota Life will continue to be represented by McDowell

17  Hetherington LLP and Charan M. Higbee, Esq.

18         **IT IS SO ORDERED.**

19  Dated: July 27, 2021

20                                          */s/ Phyllis J. Hamilton*
                                            PHYLLIS J. HAMILTON
21                                          United States District Judge

22

23

24

25

26

27

28