UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA MARIE SANTOS,

    Plaintiff,

    v.

MINNESOTA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 20-cv-06707-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted plaintiff's motion for judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendant. The court ORDERS judgment for plaintiff in the amount of $311,000 plus pre-judgment interest at a rate of 0.14%. See 28 U.S.C. § 1961. The court ORDERS that defendant satisfy payment of this judgment within 90 days unless the parties stipulate to another deadline.

    **IT IS SO ORDERED.**

Dated: November 15, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge